```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 14690
   NOREEN M JOYCE
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-3385


------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 06/08/2008 and was confirmed 08/25/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/12/2009.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
------------------------------------------------------------------------
EMC MORTGAGE               MORTGAGE NOTI  NOT FILED            .00          .00
EMIGRANT MORTGAGE COMP     CURRENT MORTG       .00             .00          .00
EMIGRANT MORTGAGE COMP     MORTGAGE ARRE       .00             .00          .00
SCHOTTLER & ASSOCIATES     PRIORITY       NOT FILED            .00          .00
CAPITAL ONE                UNSECURED        1316.79            .00          .00
DIRECT CHARGE              UNSECURED      NOT FILED            .00          .00
GINNYS                     UNSECURED      NOT FILED            .00          .00
PEOPLES GAS LIGHT & COKE   UNSECURED         584.75            .00          .00
RESURGENCE FINANCIAL LLC   UNSECURED        5757.19            .00          .00
RJM ACQUISITIONS           UNSECURED          43.48            .00          .00
RJM ACQUISITIONS           UNSECURED          43.67            .00          .00
SEVENTH AVENUE             UNSECURED      NOT FILED            .00          .00
US DEPT OF EDUCATION       UNSECURED       13638.18            .00          .00
EMIGRANT MORTGAGE COMP     NOTICE ONLY    NOT FILED            .00          .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         577.45            .00          .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         146.47            .00          .00
CAPITAL ONE                UNSECURED            .00            .00          .00
EMIGRANT MORTGAGE COMP     MORTGAGE NOTI  NOT FILED            .00          .00
EMIGRANT MORTGAGE CO       CURRENT MORTG       .00             .00          .00
EMIGRANT MORTGAGE CO       SECURED NOT I       .00             .00          .00
SCHOTTLER & ASSOCIATES     DEBTOR ATTY      2,020.60                      927.36
TOM VAUGHN                 TRUSTEE                                         80.64
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                   1,008.00

PRIORITY                                                       .00
SECURED                                                        .00

               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 14690 NOREEN M JOYCE
```

```
UNSECURED                                                       .00
ADMINISTRATIVE                                               927.36
TRUSTEE COMPENSATION                                          80.64
DEBTOR REFUND                                                   .00
                                    ----------------    ----------------
TOTALS                                      1,008.00            1,008.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 03/05/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE